1  Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
2  Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
   Mount & Stoelker, P.C.
3  RiverPark Tower, Suite 1650
   333 West San Carlos Street
4  San Jose CA  95110-2740
   Phone: (408) 279-7000
5  Fax:    (408) 998-1473
   Email: kspelman@mount.com, dfingerman@mount.com
6
7  Counsel for San Francisco Technology Inc.

8                              U.S. District Court
                        Northern District of California
9

10 San Francisco Technology Inc.          Case No.

            Plaintiff                     Complaint
11
   vs.
12
   Aero Products International Inc., BP    Demand For Jury Trial
13 Lubricants USA Inc., BRK Brands Inc.,
   Calico Brands Inc., Cooper Lighting LLC,
14 Darex LLC, Dexas International Ltd., Dyna-
   Gro Nutrition Solutions, Fiskars Brands Inc.,
15 Global Concepts Inc., Homax Products Inc.,
   Kimberly-Clark Corporation, Kraco
16 Enterprises LLC, Lixit Corporation, Mead
   Westvaco Corporation, Nutrition 21 Inc.,
17 Oatey Co., Optimum Technologies Inc.,
   Newell Rubbermaid Inc., Schick
18 Manufacturing Inc., The Scotts Company
   LLC, Sterling International Inc., Vitamin
19 Power Incorporated, Woodstream
   Corporation, 4-D Design Inc.
20
21          Defendants
22

Aero Products International Inc. ("Aero"), BP Lubricants USA Inc. ("BP"), BRK Brands Inc. ("BRK"), Calico Brands Inc. ("Calico"), Cooper Lighting LLC ("Cooper Lighting"), Darex LLC ("Darex"), Dexas International Ltd. ("Dexas"), Dyna-Gro Nutrition Solutions ("Dyna-Gro"), Fiskars Brands Inc. ("Fiskars"), Global Concepts Inc. ("Global Concepts"), Homax Products Inc. ("Homax"), Kimberly-Clark Corporation ("Kimberly-Clark"), Kraco Enterprises LLC ("Kraco"), Lixit Corporation ("Lixit"), Mead Westvaco Corporation ("Mead Westvaco"), Nutrition 21 Inc. ("Nutrition 21"), Oatey Co. ("Oatey"), Optimum Technologies Inc. ("Optimum"), Newell Rubbermaid Inc. ("Rubbermaid"), Schick Manufacturing Inc. ("Schick"), The Scotts Company LLC ("Scotts"), Sterling International Inc. ("Sterling"), Vitamin Power Incorporated ("Vitamin Power"), Woodstream Corporation ("Woodstream"), and 4-D Design Inc. ("4-D Design") and alleges as follows:

### Nature of Action

1.      This is a *qui tam* action to impose civil fines for false marking.  As alleged further below, each defendant has falsely marked articles in violation of 35 U.S.C. § 292 and must be civilly fined for each offense: "Whoever marks upon, or affixes to, or uses in advertising in connection with any unpatented article, the word 'patent' or any word or number importing that the same is patented, for the purpose of deceiving the public … Shall be fined not more than $500 for every such offense." Each defendant has falsely marked products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent.  Accordingly, each defendant falsely marked articles with intent to deceive the public.

### Parties

2.      <u>SF Tech</u>: Plaintiff San Francisco Technology is a Delaware Corporation with its principal place of business in San Jose, California.

3.      <u>Aero</u>: Upon information and belief, Aero is a Florida business entity with a place of business at 1834 Walden Office Square, Third Floor, Schaumburg, IL, 60173.

4.      <u>BP</u>: Upon information and belief, BP is a Delaware business entity with a place of business at 1500 Valley Road, Wayne, NJ, 07470.

5.      <u>BRK</u>: Upon information and belief, BRK is a Delaware business entity with a place of business at 3901 Liberty Street Road, Aurora, IL 60504.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1    6.    <u>Calico</u>: Upon information and belief, Calico is a California business entity with a

2    place of business at 2055 South Haven Ave, Ontario, CA, 91761.

3    7.    <u>Cooper</u>: Upon information and belief, Cooper is a Delaware business entity with a

4    place of business at 1121 Highway 74 S., Peachtree City, GA 30269-3019.

5    8.    <u>Darex</u>: Upon information and belief, Darex is a Oregon business entity with a place of

6    business at 210 E. Hersey, Ashland, OR, 97520.

7    9.    <u>Dexas</u>: Upon information and belief, Dexas is a Texas business entity with a place of

8    business at 585 South Royal Lane, Suite 200, Coppell, TX 75019.

9    10.    <u>Dyna-Gro</u>: Upon information and belief, Dyna-Gro is a dissolved California business

10   entity with a place of business at 2775 Giant Road, Richmond, CA 94806.

11   11.    <u>Fiskars</u>: Upon information and belief, Fiskars is a Wisconsin business entity with a

12   place of business at 2537 Daniels St, Madison, WI, 53718.

13   12.    <u>Global Concepts</u>: Upon information and belief, Global Concepts is a Florida business

14   entity with a place of business at 676 South Military Trail, Deerfield Beach, FL, 33442.

15   13.    <u>Homax</u>: Upon information and belief, Homax is a Delaware business entity with a

16   place of business at 200 Westerly Road, Bellingham, WA, 98226.

17   14.    <u>Kimberly-Clark</u>: Upon information and belief, Kimberly-Clark is a Delaware business

18   entity with a place of business at 351 Phelps Dr., Irving, TX, 75038.

19   15.    <u>Kraco</u>: Upon information and belief, Kraco is an Illinois business entity with a place

20   of business at 505 East Euclid Ave, Compton, CA, 90224.

21   16.    <u>Lixit</u>: Upon information and belief, Lixit is a California business entity with a place of

22   business at 100 Combs Street, Napa, CA, 94559-3941.

23   17.    <u>Mead Westvaco</u>: Upon information and belief, Mead Westvaco is a Delaware business

24   entity with a place of business at 501 South 5th Street, Richmond, VA, 23219.

25   18.    <u>Nutrition 21</u>: Upon information and belief, Nutrition 21 is a New York business entity

26   with a place of business at 4 Manhattanville Road, Purchase, NY 10577.

27   19.    <u>Oatey</u>: Upon information and belief, Oatey is an Ohio business entity with a place of

28   business at 4700 W. 160th Street, Cleveland, OH, 44135.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

20.   Optimum: Upon information and belief, Optimum is a Georgia business entity with a place of business at 570 Joe Frank Harris Pkwy., Cartersville, GA, 30120.

21.   Rubbermaid: Upon information and belief, Rubbermaid is a Delaware business entity with a place of business at 3 Glenlake Parkway, Atlanta, GA, 30328.

22.   Schick: Upon information and belief, Schick is a Delaware business entity with a place of business at 533 Maryville University Drive, St. Louis, MO, 63141.

23.   Scotts: Upon information and belief, Scotts is a Ohio business entity with a place of business at 14111 Scottslawn Road, Marysville, OH, 43041.

24.   Sterling: Upon information and belief, Sterling is a Washington business entity with a place of business at 3808 N. Sullivan Road, Building 16, Spokane, WA, 99216.

25.   Vitamin Power: Upon information and belief, Vitamin Power is a New York business entity with a place of business at 39 Saint Mary's Place, Freeport, NY 11520.

26.   Woodstream: Upon information and belief, Woodstream is a Missouri business entity with a place of business at 69 N. Locust St., Lititz, PA, 17543.

27.   4-D Design: Upon information and belief, 4-D Design is a New Jersey business entity with a place of business at 3 Russell Court, Long Branch, NJ, 07740.

### Jurisdiction & Venue

28.   This court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1355(a).

29.   Venue is appropriate in this District under 28 U.S.C. §§ 1391(b) and 1395(a).

30.   This court has personal jurisdiction over each defendant, as alleged further below.

31.   Aero: Upon information and belief, Aero has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District. Upon information and belief, such sales are substantial, continuous, and systematic. Aero advertises its products, including its falsely marked products on its web site, at www.aerobed.com. Aero advertises on that web site[1] that its products are sold at many retail store chains which have locations in California and in this District, including Bed Bath & Beyond, Sears, Costco, Dicks' Sporting Goods, Kohls, REI, Sports Authority, and Target.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

[1] http://www.aerobed.com/CustomerService_Retail.html

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

32.   BP: Upon information and belief, BP has appointed an agent for service of process in California: The Corporation Company, 1232 Q St. 1st Floor, Sacramento, CA 95811.  BP advertises on its web site[2] that its products are sold at many retail store chains which have locations in California and in this District, including 10 retail locations within a 5 mile radius of zip code 95113, where this court is located.  Upon information and belief, BP has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District.  Upon information and belief, such sales are substantial, continuous, and systematic.

33.   BRK: Upon information and belief, BRK has appointed an agent for service of process in California: CT Corporation System, 818 West Seventh St, Los Angeles, CA, 90017.  BRK advertises on its web site[3] that its products are sold in at least three places in California, including two in this District.  Upon information and belief, BP has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District.  Upon information and belief, such sales are substantial, continuous, and systematic.

34.   Calico: Upon information and belief, Calico's principal place of business is in Ontario, California.  Upon information and belief, Calico has appointed an agent for service of process in California: Gerald K. Kitano, 3435 Wilshire Blvd, Ste 1800, Los Angeles, CA, 90010.  Upon information and belief, Calico has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District.  Upon information and belief, such sales are substantial, continuous, and systematic.

35.   Cooper: Upon information and belief, Cooper has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District.  Upon information and belief, such sales are substantial, continuous, and systematic.  Cooper advertises its products, including its falsely marked products on its web site, at www.cooperlighting.com.  Cooper advertises on that web

---

[2] http://www.castrol.com/castrol/iframe.do?categoryId=9021346&contentId=7038271
[3] http://www.brkelectronics.com/RepLocator#CA

1   site[4] that its products are sold at over 400 retail stores in California, many in this District.

2       36.    Darex: Darex advertises on its web site[5] that its products are sold at retail stores in this

3   District.  Upon information and belief, Darex has sold its products, including its falsely marked

4   products in California and in this District and/or in the stream of commerce with knowledge that they

5   would be sold in California and in this District.  Upon information and belief, such sales are

6   substantial, continuous, and systematic.

7       37.    Dexas: Upon information and belief, Dexas has sold its products, including its falsely

8   marked products in California and in this District and/or in the stream of commerce with knowledge

9   that they would be sold in California and in this District.  Upon information and belief, such sales are

10  substantial, continuous, and systematic.

11      38.    Dyna-Gro: Upon information and belief, Dyna-Gro's principal place of business is in

12  Richmond, California, which is in this District.  Upon information and belief, Dyna-Gro has

13  appointed an agent for service of process in California: David Neal, 1065 Broadway Ave, San Pablo,

14  CA 94806.  Upon information and belief, Dyna-Gro has sold its products, including its falsely

15  marked products in California and in this District and/or in the stream of commerce with knowledge

16  that they would be sold in California and in this District.  Upon information and belief, such sales are

17  substantial, continuous, and systematic.

18      39.    Fiskars: Upon information and belief, Fiskars has appointed an agent for service of

19  process in California: Corporation Service Company d/b/a CSC – Lawyers Incorporating Service,

20  2730 Gateway Oaks Dr. Ste 100, Sacramento, CA, 95833.  Upon information and belief, Fiskars has

21  sold its products, including its falsely marked products in California and in this District and/or in the

22  stream of commerce with knowledge that they would be sold in California and in this District.  Upon

23  information and belief, such sales are substantial, continuous, and systematic.

24      40.    Global Concepts: Upon information and belief, Global Concepts has sold its products,

25  including its falsely marked products in California and in this District and/or in the stream of

26  commerce with knowledge that they would be sold in California and in this District.  Upon

27  information and belief, such sales are substantial, continuous, and systematic.

28

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

---

[4] http://www.cooperlighting.com/content/where_to_purchase/search_dis.asp?type=1&state=CA&p=2&brand=
[5] http://www.drilldoctor.com/pilot.asp?pg=retailers

Complaint

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

41.   Homax: Upon information and belief, Homax has appointed an agent for service of process in California: United Corporate Services, Inc., 608 University Ave, Sacramento, CA 95825. Homax advertises on that web site[6] that its products are sold at many retail store chains which have locations in California and in this District. Upon information and belief, Homax has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District.  Upon information and belief, such sales are substantial, continuous, and systematic.

42.   Kimberly-Clark: Upon information and belief, Kimberly-Clark has appointed an agent for service of process in California: CT Corporation System, 818 West Seventh St, Los Angeles, CA, 90017.  Upon information and belief, Kimberly-Clark has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District.  Upon information and belief, such sales are substantial, continuous, and systematic.

43.   Kraco:  Upon information and belief, Kraco's principal place of business is in Compton, CA.  Upon information and belief, Kraco has appointed an agent for service of process in California: CT Corporation System.  Kraco advertises on its web site[7] that its products are sold at retail store chains with locations in this District, such as Auto Zone, Kragen, Costco, Target, and Wal-Mart.  Upon information and belief, Kraco has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District.  Upon information and belief, such sales are substantial, continuous, and systematic.

44.   Lixit: Upon information and belief, Lixit is a California corporation with its principal place of business in Napa, California, which is within this District.  Upon information and belief, Lixit has appointed an agent for service of process in California: Linda Parks, 100 Coombs St, Napa, CA 94559.  Upon information and belief, Lixit has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District.  Upon information and belief, such sales are

---

[6] http://www.homaxproducts.com/assistance/find/index.html
[7] http://www.kraco.com/retailers.htm

Complaint

1  substantial, continuous, and systematic.

2      45.    Mead Westvaco: Upon information and belief, Mead Westvaco has appointed an agent

3  for service of process in California: CT Corporation System, 818 West Seventh Street, Los Angeles,

4  CA, 90017.  Upon information and belief, Mead Westvaco has sold its products, including its falsely

5  marked products in California and in this District and/or in the stream of commerce with knowledge

6  that they would be sold in California and in this District.  Upon information and belief, such sales are

7  substantial, continuous, and systematic.

8      46.    Nutrition 21: Nutrition 21 advertises on its web site[8] that its products are sold at retail

9  store chains that have locations in this District, such as CVS, Rite-Aid, Target, Walgreens, and

10  Albertsons.  Upon information and belief, Nutrition 21 has sold its products, including its falsely

11  marked products in California and in this District and/or in the stream of commerce with knowledge

12  that they would be sold in California and in this District.  Upon information and belief, such sales are

13  substantial, continuous, and systematic.

14      47.    Oatey: Upon information and belief, Oatey has appointed an agent for service of

15  process in California: The Corporation Company, 1232 Q St. 1st Floor, Sacramento, CA, 95811.

16  Oatey advertises on its web site[9] that its products are sold at retail store chains with locations in this

17  District, such as Ace Hardware, Home Depot, and Lowes.  Upon information and belief, Oatey has

18  sold its products, including its falsely marked products in California and in this District and/or in the

19  stream of commerce with knowledge that they would be sold in California and in this District.  Upon

20  information and belief, such sales are substantial, continuous, and systematic.

21      48.    Optimum: Upon information and belief, Optimum has sold its products, including its

22  falsely marked products in California and in this District and/or in the stream of commerce with

23  knowledge that they would be sold in California and in this District.  Upon information and belief,

24  such sales are substantial, continuous, and systematic.

25      49.    Rubbermaid: Upon information and belief, Rubbermaid has appointed an agent for

26  service of process in California: Corporation Service Company, 2730 Gateway Oaks Dr. Ste 100,

27  Sacramento, CA, 95833.  Upon information and belief, Rubbermaid has sold its products, including

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

28

---

[8] http://www.icelandhealth.com/store-list.html
[9] http://www.oatey.com/Plumber/Exclusive/Oatey_Retailers.html

Complaint                                                                              Page 7

its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District. Upon information and belief, such sales are substantial, continuous, and systematic.

50. <u>Schick</u>: Upon information and belief, Schick has appointed an agent for service of process in California: CT Corporation System, 818 West Seventh St, Los Angeles, CA, 90017. Upon information and belief, Schick has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District. Upon information and belief, such sales are substantial, continuous, and systematic.

51. <u>Scotts</u>: Upon information and belief, Scotts has appointed an agent for service of process in California: CT Corporation System. Upon information and belief, Scotts has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District. Upon information and belief, such sales are substantial, continuous, and systematic.

52. <u>Sterling</u>: Sterling advertises on its web site[10] that its products are sold at retail store chains with locations in this District, such as Ace Hardware, Albertsons, Costco, Home Depot, Long's Drugs, Lowes, Orchard Supply Hardware (specifically indicating its California stores), and Wal-Mart. Upon information and belief, Sterling has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District. Upon information and belief, such sales are substantial, continuous, and systematic.

53. <u>Vitamin Power</u>: Upon information and belief, Vitamin Power offers for sale its products, including its falsely marked products, to residents of California and this District, including by mailing marketing literature such as catalogues. Upon information and belief, Vitamin Power has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District. Upon information and belief, such sales are substantial, continuous, and systematic.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

---

[10] http://www.rescue.com/find/

54.   Woodstream: Woodstream advertises on its web site[11] that its products are sold at retail store chains that have locations in this District, such as Ace Hardware.  Upon information and belief, Woodstream has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District.  Upon information and belief, such sales are substantial, continuous, and systematic.

55.   4-D Design: Upon information and belief, 4-D Design has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District.  Upon information and belief, such sales are substantial, continuous, and systematic.

**Intradistrict Assignment**

56.   Assignment to the San Jose Division is appropriate because a substantial portion of the events or a substantial portion of the harm underlying this case occurred in Santa Clara County.  Plaintiff SF Tech has its principal place of business in San Jose, in Santa Clara County.  Although the claims in this Complaint arise under 35 U.S.C. § 292, which is codified with the patent statutes, no claim is asserted concerning infringement or validity of any patent.  Therefore, this case appears to be inappropriate for District-wide assignment under Civil Local Rule 3-2(c).

**Count 1.      Aero's False Marking**

57.   SF Tech incorporates by reference all above allegations.

58.   Upon information and belief, Aero makes and sells many types of products, including the Original Aerobed and the Aerobed Premier Intelliwarmth.

59.   Aero's The Original Aerobed is sold in packages marked: "This product may be covered under one or more of the following U.S. and/or foreign patents: U.S. Pat. Nos. 4,977,633; 5,267,363; 5,367,726; 6,237,621; 6,508,264; 6,598,626; 6,701,559; 6,755,208; 6,986,360; 6,996,867; 7,025,576; 7,039,972; 7,165,283; 7,128,525; D464,225; D490,635; D513,145; D594,880"  Such packages are also marked with a copyright date of 2010.  Aero's Premier Intelliwarmth product is sold in packages marked: "This product is covered under one or more of the following U.S. and/or

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

[11] http://www.saferbrand.com/customerservice/where-to-buy

Complaint                                                                              Page 9

foreign patents: U.S. Pat. Nos. 4,977,633; 5,367,726; 6,237,621; 6,508,264; 6,755,208...Patented warming technology provided by ThermoSoft, US Patent No: 6,403,935; 6,563,094; 6,713,733." Upon information and belief, U.S. Patent No. 4,977,633 expired no later than 7/26/2009.

60.     Aero's falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patent No. 4,977,633. Upon information and belief, Aero has made many decisions to mark its falsely marked products after the expiration of U.S. Patent No. 4,977,633, including each time it has printed or otherwise created such packaging.

61.     Upon information and belief, Aero marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, Aero falsely marked its products with intent to deceive the public.

## Count 2.     BP's False Marking

62.     SF Tech incorporates by reference all above allegations.

63.     Upon information and belief, BP makes and sells many kinds of products, including Castrol GTX SAE0W-30 Motor Oil. BP marks the packages in which this product is sold "US Patent No. D 314,509; US Patent No. 5,663,126." Upon information and belief, U.S. Patent No. D314,509 expired no later than 2/13/2008.

64.     BP's falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patent No. D314,509. Upon information and belief, BP has made many decisions to mark its falsely marked products after the expiration of U.S. Patent No. D314,509, including each time it has printed or otherwise created such packaging.

65.     Upon information and belief, BP marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, BP falsely marked its products with intent to deceive the public.

## Count 3.     BRK's False Marking

66.     SF Tech incorporates by reference all above allegations.

67.     Upon information and belief, BRK makes and sells many kinds of products, including

MOUNT & STOEHKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1  First Alert Smoke & Carbon Monoxide Alarms.  BRK marks the packages in which these products

2  are sold: "This product may be covered by one or more of the following U.S. Patents: 4,901,056;

3  6,426,703; 6,377,182; and 6,762,688."  Upon information and belief, U.S. Patent No. 4,901,056

4  expired no later than 1/5/2008.

5        68.    BRK's falsely marked products are being sold retail in 2010 with such false markings,

6  after the expiration of U.S. Patent No. 4,901,056.  Upon information and belief, BRK has made many

7  decisions to mark its falsely marked products after the expiration of U.S. Patent No. 4,901,056,

8  including each time it has printed or otherwise created such packaging.

9        69.    Upon information and belief, BRK marks its products with patents to induce the

10  public to believe that each such product is protected by each patent listed and with knowledge that

11  nothing is protected by an expired patent.  Accordingly, BRK falsely marked its products with intent

12  to deceive the public.

**Count 4.**     **Calico's False Marking**

14        70.    SF Tech incorporates by reference all above allegations.

15        71.    Upon information and belief, Calico makes and sells many kinds of products,

16  including Scripto Aim N' Flame lighters, including model GM9C.  Calico marks the packages in

17  which these products were sold: "U.S. Patents 6,093,017  5,697,775  6,042,367  5,897,308  D377,736

18  5,716,204  5,898,013"  Such packages are also marked with a copyright date of 2009.  Upon

19  information and belief, U.S. Patent Nos. 5,716,204 and 5,898,013 expired no later than 2/10/2006 and

20  4/27/2007, respectively.

21        72.    Calico's falsely marked products are being sold retail in 2010 with such false

22  markings, after the expiration of U.S. Patent Nos. 5,716,204 and 5,898,013.  Upon information and

23  belief, Calico has made many decisions to mark its falsely marked products after the expiration of

24  U.S. Patent Nos. 5,716,204 and 5,898,013, including each time it has printed or otherwise created

25  such packaging.

26        73.    Upon information and belief, Calico marks its products with patents to induce the

27  public to believe that each such product is protected by each patent listed and with knowledge that

28  nothing is protected by an expired patent.  Accordingly, Calico falsely marked its products with intent

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1    to deceive the public.

2    **Count 5.    Cooper Lighting's False Marking**

3        74.    SF Tech incorporates by reference all above allegations.

4        75.    Upon information and belief, Cooper Lighting makes and sells many types of

5    products, including its Two-Way Room Sensor Model 01-083, Motion Activated Security Halogen

6    Floodlight, Motion Activated 1100 Motion Sensor Security Floodlight, and Security Light Model

7    E70.

8        76.    Cooper Lighting advertises the Two Way Room Sensor Model 01-083 on its web

9    site[12] in an advertisement marked: "U.S. Letters Patent No. Des. 290, 239." Upon information and

10    belief, U.S. Patent No. D290,239 expired no later than 6/10/2001.

11        77.    Cooper Lighting marks the packaging in which the Motion Activated Security

12    Halogen Floodlight is sold: "Patent • Patente # D363,804". Cooper Lighting marks the packaging in

13    which the Motion Activated 1100 Motion Sensor Security Floodlight is sold: "Patent • Patente #

14    D363,804". Upon information and belief, U.S. Patent No. D363,804 expired no later than 11/1/2009.

15        78.    Cooper Lighting advertises the E70H Security Light on its web site[13] in an

16    advertisement marked: "Patent 4,905,132". Upon information and belief, U.S. Patent No. 4,905,132

17    expired no later than 12/23/2008.

18        79.    Cooper' falsely marked products are being sold retail and advertised in 2010 with such

19    false markings, after the expiration of U.S. Patent Nos. D290,239, D363,804, and 4,905,132. Upon

20    information and belief, Cooper has made many decisions to mark its falsely marked products after the

21    expiration of U.S. Patent Nos. D290,239, D363,804, and 4,905,132, including each time it has printed

22    or otherwise created such packaging and such advertisements and for the duration of the time its

23    advertisements are displayed on its web site.

24        80.    Upon information and belief, Cooper marks its products with patents to induce the

25    public to believe that each such product is protected by each patent listed and with knowledge that

26    nothing is protected by an expired patent. Accordingly, Cooper falsely marked its products with

27    intent to deceive the public.

28

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

---

[12] http://www.cooperlighting.com/specfiles/instGuides/novitas_083inst_1195%201.PDF
[13] http://www.cooperlighting.com/specfiles/instGuides/E70H%20825-0140.pdf

1

### Count 6.    Darex's False Marking

2       81.    SF Tech incorporates by reference all above allegations.

3       82.    Upon information and belief, Darex makes and sells many types of products, including

4    the Drill Doctor 350x. The packaging in which this product is sold is marked: "U.S. Patents

5    D385567  5,735,732  5,400,546  4,471,581 Other Patents Pending" Upon information and belief,

6    U.S. Patent No. 4,471,581 expired no later than 9/10/2002.

7       83.    Darex's falsely marked products are being sold retail in 2010 with such false markings,

8    after the expiration of U.S. Patent No. 4,471,581. Upon information and belief, Darex has made

9    many decisions to mark its falsely marked products after the expiration of U.S. Patent No. 4,471,581,

10   including each time it has printed or otherwise created such packaging.

11      84.    Upon information and belief, Darex marks its products with patents to induce the

12   public to believe that each such product is protected by each patent listed and with knowledge that

13   nothing is protected by an expired patent. Accordingly, Darex falsely marked its products with intent

14   to deceive the public.

15                        ### Count 7.    Dexas' False Marking

16      85.    SF Tech incorporates by reference all above allegations.

17      86.    Upon information and belief, Dexas makes and sells many kinds of products,

18   including the Clipulator / The Calculator Grippboard. Dexas marks the packages in which these

19   products were sold: "US PATENT #284678 PATENTS WORLDWIDE." Upon information and

20   belief, the marking refers to U.S. Patent No. D284678, which expired no later than 7/16/2000.

21      87.    Dexas' falsely marked products are being sold retail in 2010 with such false markings,

22   after the expiration of U.S. Patent No. D284678. Upon information and belief, Dexas has made many

23   decisions to mark its falsely marked products after the expiration of U.S. Patent No. D284678,

24   including each time it has printed or otherwise created such packaging.

25      88.    Upon information and belief, Dexas marks its products with patents to induce the

26   public to believe that each such product is protected by each patent listed and with knowledge that

27   nothing is protected by an expired patent. Accordingly, Dexas falsely marked its products with intent

28   to deceive the public.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

**Count 8.     Dyna-Gro's False Marking**

89.     SF Tech incorporates by reference all above allegations.

90.     Upon information and belief, Dyna-Gro makes and sells many kinds of products, including Dyna-Gro Root Gel.  Dyna-Gro marks the packages in which this product was sold: "U.S. Pat. 5,143,536." Upon information and belief, U.S. Patent. No. 5,143,536 expired no later than 9/2/2009.

91.     Dyna-Gro's falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patent No. 5,143,536.  Upon information and belief, Dyna-Gro has made many decisions to mark its falsely marked products after the expiration of U.S. Patent No. 5,143,536, including each time it has printed or otherwise created such packaging.

92.     Upon information and belief, Dyna-Gro marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent.  Accordingly, Dyna-Gro falsely marked its products with intent to deceive the public.

**Count 9.     Fiskars' False Marking**

93.     SF Tech incorporates by reference all above allegations.

94.     Upon information and belief, Fiskars makes and sells many types of products, including 5" Precision Micro Scissors, Fiskars RollSharp Knife Sharpener, Spring Action Scissors, and Fiskars Micro-tip Blades.

95.     Fiskars' 5" Precision Micro Scissor products are sold in packages marked: "U.S. Patents: 4715122, D302099." Such packages are also marked with a copyright date of 2006.  Upon information and belief, U.S. Patent Nos. 4,715,122 and D302099 expired no later than 9/30/2006 and 7/12/2003, respectively.

96.     Fiskars' RollSharp Knife Sharpener products are sold in packages marked: "Patents:/ Brevets:/ Patentes:/ D308,018, 4,723,375." Upon information and belief, U.S. Patent Nos. D308,018 and 4,723,375 expired no later than 5/23/2004 and 1/29/2007, respectively.

97.     Fiskars' Spring Action Scissors products are sold in packages marked: "US Patents: 5377412 & 4715122 Other patents pending." Upon information and belief, U.S. Patent Nos.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1   5,377,412 and 4,715,122 expired no later than 1/20/2010 and 9/30/2006, respectively.

2        98.     Fiskars' Micro-Tip Blades products are sold in packages marked: "US Patents

3   4,715,122 & 5,297,343 US Design Patent D354,890."  Upon information and belief, U.S. Patent Nos.

4   4,715,122, and D354,890 expired no later than 9/20/2006 and 2/1/2009, respectively.

5        99.     Fiskars' falsely marked products are being sold retail in 2010 with such false

6   markings, after the expiration of U.S. Patent Nos. 4,715,122, 4,723,375, 5,377,412, D302,099,

7   D308,018, and D354890.  Upon information and belief, Fiskars has made many decisions to mark its

8   falsely marked products after the expiration of U.S. Patent No Nos. 4,715,122, 4,723,375, 5,377,412,

9   D302,099, D308,018, and D354890., including each time it has printed or otherwise created such

10   packaging.

11        100.    Upon information and belief, Fiskars marks its products with patents to induce the

12   public to believe that each such product is protected by each patent listed and with knowledge that

13   nothing is protected by an expired patent.  Accordingly, Fiskars falsely marked its products with

14   intent to deceive the public.

15   <u>**Count 10.**</u>     <u>**Global Concepts' False Marking**</u>

16        101.    SF Tech incorporates by reference all above allegations.

17        102.    Upon information and belief, Global Concepts makes and sells many types of

18   products, including Riddex Plus pest repellant aid.  Global Concepts marks the packages in which

19   this product is sold: "US Patent No. 4,802,057 & 6,400,995".  Upon information and belief, U.S.

20   Patent Nos. 4,802,057 expired no later than 1/12/2008.

21        103.    Global Concepts' falsely marked products are being sold retail in 2010 with such false

22   markings, after the expiration of U.S. Patent No. 4,802,057.  Upon information and belief, Global

23   Concepts has made many decisions to mark its falsely marked products after the expiration of U.S.

24   Patent No. 4,802,057, including each time it has printed or otherwise created such packaging.

25        104.    Upon information and belief, Global Concepts marks its products with patents to

26   induce the public to believe that each such product is protected by each patent listed and with

27   knowledge that nothing is protected by an expired patent.  Accordingly, Global Concepts falsely

28   marked its products with intent to deceive the public.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

### Count 11.     Homax's False Marking

105.   SF Tech incorporates by reference all above allegations.

106.   Upon information and belief, Homax makes and sells many types of products, including Homax Orange Peel & Knockdown Ceiling Texture Vertical Spray and Homax Acoustic Patch Ceiling Repair.

107.   Homax Orange Peel & Knockdown Ceiling Texture Vertical Spray is sold in packages marked "US PATENTS # 5,037,011; 5,188,263; 5,310,095; 5,409,148; 5,489,048; 5,524,798; 5,645,198; 5,655,691; 5,715,975; 5,921,446; 5,934,518; 6,000,583; 6,116,473; 6,276,570; 6,328,185; 6,446,842; 6,536,633; CANADIAN PATENTS 2,090,185 Other US and foreign patents pending." Homax Acoustic Patch Ceiling Repair is sold in packages marked: "US PATENTS # 5,037,011; 5,188,263; 5,310,095; 5,409,148; 5,489,048; 5,524,798; 5,645,198; 5,655,691; 5,715,975; 5,921,446; 5,934,518; 6,000,583; 6,116,473; 6,276,570; 6,328,185; 6,446,842; 6,536,633; CANADIAN PATENTS 2,090,185 Other US and foreign patents pending." Upon information and belief, U.S. Patent Nos. 5,037,011 and 5,188,263 expired no later than 5/1/2010 and 8/7/2008, respectively.

108.   Homax's falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patent No. 4,802,057. Upon information and belief, Homax has made many decisions to mark its falsely marked products after the expiration of U.S. Patent No. 4,802,057, including each time it has printed or otherwise created such packaging.

109.   Upon information and belief, Homax marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, Homax falsely marked its products with intent to deceive the public.

### Count 12.     Kimberly-Clark's False Marking

110.   SF Tech incorporates by reference all above allegations.

111.   Upon information and belief, Kimberly-Clark makes and sells many types of products, including Scott Brand Hand Wipes. Kimberly Clark marks the packages in which these products are sold: "U.S. Patent Nos. 4,775,582; 4,833,003, and 4,853,281." Such packages are also marked with a copyright date of 2006. Upon information and belief, U.S. Patent Nos. 4,775,582, 4,833,003, and

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1   4,853,281 expired no later than 8/16/2006, 8/16/2006, and 10/5/2005, respectively.

2       112.    Kimberly-Clark's falsely marked products are being sold retail in 2010 with such false

3   markings, after the expiration of U.S. Patent Nos. 4,775,582, 4,833,003, and 4,853,281.  Upon

4   information and belief, Kimberly-Clark has made many decisions to mark its falsely marked products

5   after the expiration of U.S. Patent Nos. 4,775,582, 4,833,003, and 4,853,281, including each time it

6   has printed or otherwise created such packaging.

7       113.    Upon information and belief, Kimberly-Clark marks its products with patents to

8   induce the public to believe that each such product is protected by each patent listed and with

9   knowledge that nothing is protected by an expired patent.  Accordingly, Kimberly-Clark falsely

10  marked its products with intent to deceive the public.

11              **Count 13.    Kraco's False Marking**

12      114.    SF Tech incorporates by reference all above allegations.

13      115.    Upon information and belief, Kraco makes and sells many types of products, including

14  vehicle floor mats.

15      116.    Kraco marks its Goodyear Multi Season Floormats: "Covered by one or more of the

16  following U.S. and Canadian Patents: U.S. D-447-103, D-447-104, D-313-789, D-358-571, D-393-

17  238".  Upon information and belief, U.S. Patent Nos. D313,789 and D358,571 expired no later than

18  1/16/2005 and 5/24/2009, respectively.  Kraco marks the Earthfriendly ECOessential Recycled

19  Carpet Floormat: "Covered by one or more of the following U.S. and Canadian Patents: U.S. D-447-

20  103, D-447-104, D-313-789, D-358-571, D-393-238".

21      117.    Kraco advertises its products on its web site at www.kraco.com.  Kraco marks that

22  advertisement:[14] "Products shown on this web site are covered by one or more of the following U.S.

23  and Canadian Patents: U.S. D477-103, D477-104, D469-726, D313-789, D358-571, D393-238,

24  D458-884, D470-092, D457-845, D467-532".  This advertisement is also marked with a copyright

25  date of 2010.  Upon information and belief, U.S. Patent Nos. D313,789 and D358,571 expired no

26  later than 1/16/2005 and 5/24/2009, respectively.

27

28

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

[14] http://www.kraco.com/disclaimer.htm

118.     Kraco's website lists the following products for sale, identified by product number:[15] #4104, #9904, #9914, #9804, #8804, #2414, #1214, #904, #824, #814, #6404, #1404, #234, #1804, #504, #5904, #1004, #3702, #2102, #5704, #1603, #3629, #8304, #6804, #4304, #6704, #3004, #1700, #2000, #810, #7500, #8500, #8510, #9500, #3500, #3510, #2510, #4500, V2500, 2520, CT202, KD702, U70, CT7102, U71, U90, CT902, MB-0500, MD-0600, MB-0520, MD-0620, MB-0560, MD-0660, MB-0510, MB-0511, MB-0530, MB-0540, 4204, 6100, 6300, 6204, 5004, 6004, 6000, 60.  This page is also marked with a copyright date of 2010.

119.     Kraco's falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patent Nos. D313,789 and D358,571.  Upon information and belief, Kraco has made many decisions to mark its falsely marked products after the expiration of U.S. Patent Nos. D313,789 and D358,571, including each time it has printed or otherwise created such packaging and for the entire duration that each such advertisement is displayed on its web site.

120.     Upon information and belief, Kraco marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent.  Accordingly, Kraco falsely marked its products with intent to deceive the public.

### Count 14.     Lixit's False Marking

121.     SF Tech incorporates by reference all above allegations.

122.     Upon information and belief, Lixit makes and sells many types of products, including No Drip Dog Bottle.  Lixit marks the packages in which this product is sold: "PATENT NO. 2,939,424".  Upon information and belief, U.S. Patent No. 2,939,424 expired no later than 6/8/1977.

123.     Lixit's falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patent No. 2,939,424.  Upon information and belief, Lixit has made many decisions to mark its falsely marked products after the expiration of U.S. Patent No. 2,939,424, including each time it has printed or otherwise created such packaging.

124.     Upon information and belief, Lixit marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA, 95110-2740
TELEPHONE (408) 279-7000

[15] http://www.kraco.com/products.htm

1  protected by an expired patent. Accordingly, Lixit falsely marked its products with intent to deceive

2  the public.

3                    **Count 15.    Mead Westvaco's False Marking**

4       125.   SF Tech incorporates by reference all above allegations.

5       126.   Upon information and belief, Mead Westvaco makes and sells many types of products,

6  including envelopes, security envelopes and the TS800 line of spray bottle heads.

7       127.   Mead Westvaco marks the boxes in which it sells 50 white envelopes and security

8  envelopes: "U.S. Patent No. 4,838,430". Such boxes are also marked with a copyright date of 2009.

9  Upon information and belief U.S. Patent No. 4,838,430 expired no later than 1/17/2007.

10      128.   Mead Westvaco advertises the TS800 line of products on its website at

11  www.meadwestvaco.com, including an advertisement for its sprayer products.[16] That advertisement

12  has a copyright date of 2010 and marks the sprayer products:

13           a.      TS800® Standard: 4,747,523; 4,971,227; 5,360,127; 5,647,539; 5,678,765;

14  5,685,445; Patent Pending

15           b.      TS800® ERGO: 4,747,523; 4,971,227; 5,360,127; 5,647,539; 5,678,765;

16  5,685,445; D381,581. Patent Pending

17           c.      TS800® ULTRA ERGO: 4,747,523; 4,971,227; 5,360,127; 5,647,539;

18  5,678,765; 5,685,445; D419,875; Patent Pending

19           d.      TS800® Custom: 4,747,523; 4,971,227; 5,360,127; 5,647,539; 5,678,765;

20  5,685,445; D366,692; D358,198. Patent Pending

21      129.   Upon information and belief, U.S. Patent Nos. 4,747,523, 4,838,430, 4,971,227,

22  5,685,445, D358,198, D366,692 expired no later than 6/20/2007, 1/17/2007, 6/3/2009, 11/1//2009, 5,

23  1/31/2010, 5/10/2009, respectively.

24      130.   Mead Westvaco's falsely marked products are being sold retail and advertised in 2010

25  with such false markings, after the expiration of U.S. Patent Nos. 4,747,523, 4,838,430, 4,971,227,

26  5,685,445, D358,198, D366,692. Upon information and belief, Mead Westvaco has made many

27  decisions to mark its falsely marked products after the expiration of U.S. Patent Nos. 4,747,523,

28

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

[16] http://www.meadWestvaco.com/DispensingSolutions/HomeandGarden/MWVD004918

1  4,838,430, 4,971,227, 5,685,445, D358,198, D366,692, including each time it has printed or

2  otherwise created such packaging and for the entire duration that the products are advertised on its

3  web site.

4       131.    Upon information and belief, Mead Westvaco marks its products with patents to

5  induce the public to believe that each such product is protected by each patent listed and with

6  knowledge that nothing is protected by an expired patent. Accordingly, Mead Westvaco falsely

7  marked its products with intent to deceive the public.

8  **Count 16.**     **Nutrition 21's False Marking**

9       132.    SF Tech incorporates by reference the above allegations.

10       133.    Upon information and belief, Nutrition 21 makes and sells many types of products,

11  including Iceland Health Advanced Memory Formula. Nutrition 21 marks the packages in which this

12  product is sold: "protected under patent No. 5,087,623". Nutrition 21 emphasizes its patent marking

13  in its advertising on its website, www.icelandmemory.com: "IMPORTANT NOTICE: It has come to

14  our attention that there are a number of unauthorized websites claiming to sell Advanced Memory

15  Formula as well as other Iceland Health products. Please be advised that this product's formulation is

16  patented and proprietary. As such, we, the manufacturer, cannot ensure or guarantee the efficacy of

17  the ingredients, formulation or authenticity of the products being sold. To ensure best results, we

18  recommend you only buy from these Iceland Health authorized websites www.icelandhealth.com or

19  www.icelandmemory.com". Such page is also marked with a copyright date of 2010. In addition,

20  Nutrition 21 advertises on the Advanced Memory Formula product page:[17] "Our patented, exclusive

21  formula features:

22         • Omega-3 DHA to help maintain brain fluidity and may help in maintenance of

23           cognitive functions

24

25         • Phosphatidylserine to support communication between brain cells and to promote

26           improved memory

27         • Chromium Picolinate to promote healthy blood sugar, important for brain health"

28

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

---

[17] http://www.icelandhealth.com/All-Products/28-Advanced-Memory-Formula.html

Complaint                            Page 20

134.   Upon information and belief, U.S. Patent No. 5,087,623 expired no later than 2/12/2009.

135.   Nutrition 21's falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patent No. 5,087,623.  Upon information and belief, Nutrition 21 has made many decisions to mark its falsely marked products after the expiration of U.S. Patent No. 5,087,623, including each time it has printed or otherwise created such packaging.

136.   Upon information and belief, Nutrition 21 marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent.  Accordingly, Nutrition 21 falsely marked its products with intent to deceive the public.

### Count 17.   Oatey's False Marking

137.   SF Tech incorporates by reference all above allegations.

138.   Upon information and belief, Oatey makes and sells many types of products, including Water Soluble Tinning Flux Plumbing Solder Kit with SafeFlo Silver Lead Free Solder (model 50692), Oatey Solder & Lead Products using Safe-Flo™, DWV J-Hook ("The Original J-Hook").

139.   Oatey marks the packages in which Water Soluble Tinning Flux Plumbing Solder Kit with SafeFlo Silver Lead Free Solder (model 50692) is sold with: "SafeFlo Solder-U.S. Patent No. 4,879,096 H-20 Flux-U.S. Patent No. 6,752,309".  Upon information and belief, U.S. Patent No. 4,879,096 expired no later than 4/20/2009.

140.   Oatey advertises its Oatey Solder & Lead Products using Safe-Flo products on its web site at www.oatey.com.  That advertisement[18] is marked: "Oatey Safe-Flo®Silver is a patented* alloy of Tin, Copper, Silver, and Bismuth that works much like 50/50 solder."  On page 2 it is marked: "* U.S. Patent No. 4,879,096."  Upon information and belief, U.S. Patent No. 4,879,096 expired no later than 4/20/2009.

141.   Oatey advertises its WV J-Hook ("The Original J-Hook") product on its web site.  That advertisement[19] was marked: "Patent No. 4407478".  During the time when that advertisement

---

[18] http://www.oatey.com/apps/catalog/instance_assets/assets/How_to_Use/Solder_Lead_Products.pdf
[19] http://webcache.googleusercontent.com/search?q=cache:6uxWEIMyERAJ:www.oatey.com/Plumber/Shared/ProductGrou

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1   was so marked, it had a copyright date of 2010.  Upon information and belief, U.S. Patent No.

2   4,407,478 expired no later than 3/7/2001.

3         142.   Oatey's falsely marked products are being sold retail and advertised in 2010 with such

4   false markings, after the expiration of U.S. Patent No. 4,879,096.  Upon information and belief,

5   Oatey has made many decisions to mark its falsely marked products after the expiration of U.S.

6   Patents Nos. 4,879,096 and 4,407,478, including each time it has printed or otherwise created such

7   packaging and for the entire duration when each such advertisement is displayed on its web site.

8         143.   Upon information and belief, Oatey marks its products with patents to induce the

9   public to believe that each such product is protected by each patent listed and with knowledge that

10   nothing is protected by an expired patent.  Accordingly, Oatey falsely marked its products with intent

11   to deceive the public.

**Count 18.      Optimum's False Marking**

12

13         144.   SF Tech incorporates by reference all above allegations.

14         145.   Upon information and belief, Optimum makes and sells many types of products,

15   including the LOK-LIFT Rug Gripper product.  Optimum marks the packages in which this product

16   are sold: "U.S. Patent #'s 5120587; 4405668."  Such packaging is also marked with a copyright date

17   of 2005. Upon information and belief, U.S. Patent No. 4,405,668 expired no later than 12/11/2002.

18         146.   Optimum's falsely marked products are being sold retail in 2010 with such false

19   markings, after the expiration of U.S. Patent No. 4,405,668.  Upon information and belief, Optimum

20   has made many decisions to mark its falsely marked products after the expiration of U.S. Patent No.

21   4,405,668, including each time it has printed or otherwise created such packaging.

22         147.   Upon information and belief, Optimum marks its products with patents to induce the

23   public to believe that each such product is protected by each patent listed and with knowledge that

24   nothing is protected by an expired patent.  Accordingly, Optimum falsely marked its products with

25   intent to deceive the public.

**Count 19.      Rubbermaid's False Marking**

26

27         148.   SF Tech incorporates by reference all above allegations.

28

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

149.    Upon information and belief, Rubbermaid makes and sells many types of products, including its paint roller cover product. Rubbermaid marks the packaging in which this product is sold: "Patent No.'s 4,692,975; 5,206,968 & 5,468,207". Upon information and belief, U.S. Patent No. 4,692,975 expired no later than 12/12/2005.

150.    Rubbermaid's falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patent No. 4,692,975. Upon information and belief, Rubbermaid has made many decisions to mark its falsely marked products after the expiration of U.S. Patent No. 4,692,975, including each time it has printed or otherwise created such packaging.

151.    Upon information and belief, Rubbermaid marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, Rubbermaid falsely marked its products with intent to deceive the public.

### Count 20.    Schick's False Marking

152.    SF Tech incorporates by reference all above allegations.

153.    Upon information and belief, Schick makes and sells many kinds of products, including the Schick Comfort Plus Xtreme 3 (with Aloe). Schick marks the packages in which this product was sold: "Covered by one or more US Pat. Nos. 6,182,366; 6,167,625; 6,138,361; 6,112,412; 4,778,640; 4,850,106; 5,079,839; 6,772,523; US D 445,958." Upon information and belief, U.S. Patent Nos. 4,778,640, 4,850, 106, and 5,079,839 expired no later than 1/17/2007, 1/17/2007, and 7/26/2006, respectively.

154.    Schick's falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patent Nos. 4,778,640, 4,850, 106, and 5,079,839. Upon information and belief, Schick has made many decisions to mark its falsely marked products after the expiration of U.S. Patent No Nos. 4,778,640, 4,850, 106, and 5,079,839, including each time it has printed or otherwise created such packaging.

155.    Upon information and belief, Schick marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, Schick falsely marked its products with

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1    intent to deceive the public.

2                        **Count 21.    Scotts' False Marking**

3            156.    SF Tech incorporates by reference all above allegations.

4            157.    Upon information and belief, Scotts makes and sells many types of products, including

5    Scotts Super Turf Builder, Scotts Miracle-Gro Water Soluble All-Purpose Plant Food, and Miracle-

6    Gro Watering Can Singles All-Purpose Plant Food.

7            158.    Scotts marks the packaging in which its Scotts Super Turf Builder product is sold:

8    "U.S. Patent No. 5,102,440".  Upon information and belief, U.S. Patent No. 5,102,440 expired no

9    later than 4/3/2010.

10           159.    Scotts marks the packaging in which its Scotts Miracle-Gro Water Soluble All-

11   Purpose Plant Food is sold: "This product is covered by one or more of the following U.S. patents:

12   5,171,349; 5,395,418; 5,492,553."  Upon information and belief, U.S. Patent No. 5,395,418 expired

13   no later than 12/16/2009.

14           160.    Scotts marks the packaging in which its Scotts Miracle-Gro Watering Can Singles All-

15   Purpose Plant Food is sold: "This product is covered by one or more of the following U.S. patents:

16   5,171,349; 5,395,418; 5,492,553."  Upon information and belief, U.S. Patent No. 5,395,418 expired

17   no later than 12/16/2009.

18           161.    Scotts' falsely marked products are being sold retail in 2010 with such false markings,

19   after the expiration of U.S. Patent Nos. 5,102,440 and 5,395,418.  Upon information and belief,

20   Scotts has made many decisions to mark its falsely marked products after the expiration of U.S.

21   Patent Nos. 5,102,440 and 5,395,418, including each time it has printed or otherwise created such

22   packaging.

23           162.    Upon information and belief, Scotts marks its products with patents to induce the

24   public to believe that each such product is protected by each patent listed and with knowledge that

25   nothing is protected by an expired patent.  Accordingly, Scotts falsely marked its products with intent

26   to deceive the public.

27                        **Count 22.    Sterling's False Marking**

28           163.    SF Tech incorporates by reference all above allegations.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

164.    Upon information and belief, Sterling makes and sells many types of products, including Rescue Reusable Fly Trap, Rescue Disposable Yellowjacket Trap, Rescue Disposable Fly Trap, and Rescue Disposable Big Bag Fly Trap.

165.    Sterling marks the packaging in which its Rescue Reusable Fly Trap product is sold: "U.S. Patent # 4638592". Such packaging is also marked with a copyright date of 2007. Upon information and belief, U.S. Patent No. 4,638,592 expired no later than 10/22/2005.

166.    Sterling marks the packaging in which its Rescue Disposable Yellowjacket Trap product is sold: "Made under one or more of the following U.S. patents: 4873787, 4899485". Such packaging is also marked with a copyright date of 2008. Upon information and belief, U.S. Patent Nos. 4,873,787 and 4,899,485 expired no later than 9/15/2008 and 2/14/2006, respectively.

167.    Sterling  marks the packaging in which its Rescue Disposable Fly Trap product is sold: "Made under one or more of the following U.S. patents: 4873787, 4899485". Upon information and belief, U.S. Patent Nos. 4,873,787 and 4,899,485 expired no later than 9/15/2008 and 2/14/2006, respectively.

168.    Sterling marks the packaging in which its Rescue Big Bag Disposable Fly Trap product is sold: "Made under one or more of the following U.S. patents: 4873787, 4899485". Upon information and belief, U.S. Patent Nos. 4,873,787 and 4,899,485 expired no later than 9/15/2008 and 2/14/2006, respectively.

169.    Sterling's falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patent Nos. 4,638,592, 4,873,787 and 4,899,485. Upon information and belief, Sterling has made many decisions to mark its falsely marked products after the expiration of U.S. Patent Nos. 4,638,592, 4,873,787 and 4,899,485, including each time it has printed or otherwise created such packaging.

170.    Upon information and belief, Sterling marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, Sterling falsely marked its products with intent to deceive the public.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA, 95110-2740
TELEPHONE (408) 279-7000

1

**Count 23.    Vitamin Power's False Marking**

2      171.    SF Tech incorporates by reference all above allegations.

3      172.    Upon information and belief, Vitamin Power sells many types of products, including

4   Chromium Picolinate, Pycnogenol-30mg, Cholesto-Plex Tablets.

5      173.    Vitamin Power advertises its Chromium Picolinate product on its web site[20] and in its

6   paper catalog.  Those advertisements are marked: "Chromium Picolinate is licensed under U.S. Patent

7   #4,315,927".  Such advertisements are also marked with a copyright date of 2010.  Upon information

8   and belief, U.S. Patent No. 4,315,927 expired no later than 8/9/2000.

9      174.    In its paper catalogue, Vitamin Power marks its Pycnogenol-30mg product: "protected

10  by U.S. Patent #4,698,360" Upon information and belief, US. Patent No. 4,698,360 expired no later

11  than 4/10/2005.

12      175.    Vitamin Power's advertisements for its Cholesto-Plex Tablets products on its web

13  site[21] and in its print catalog are marked: "patented by the U.S. government (U.S. Patents 4,923,855,

14  4,954,492)".  Upon information and belief, U.S. Patent Nos. 4,923,855 and 4,954,492 expired no later

15  than 5/9/2007 and 9/5/2007, respectively.

16      176.    Vitamin Power's falsely marked products are being advertised in 2010 with such false

17  markings, after the expiration of U.S. Patent Nos. 4,315,927, 4,698,360, 4,923,855 and 4,954,492.

18  Upon information and belief, Vitamin Power has made many decisions to mark its falsely marked

19  products after the expiration of U.S. Patent Nos. 4,315,927, 4,698,360, 4,923,855 and 4,954,492,

20  including each time it has printed or otherwise created its paper catalog, each time it distributes a

21  copy of its print catalog, and for the entire duration when its web advertisements are displayed.

22      177.    Upon information and belief, Vitamin Power marks its products with patents to induce

23  the public to believe that each such product is protected by each patent listed and with knowledge that

24  nothing is protected by an expired patent.  Accordingly, Vitamin Power falsely marked its products

25  with intent to deceive the public.

26

**Count 24.    Woodstream's False Marking**

27      178.    SF Tech incorporates by reference all above allegations.

28

[20] http://www.vitaminpower.com/diet-booster.aspx
[21] http://www.vitaminpower.com/hearthealth.aspx

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

179. Upon information and belief, Woodstream makes and sells many types of products, including Safer Brand 3-in-1 garden spray and Perky-Pet Antguard for Hummingbird Feeders.

180. Woodstream marks the packaging in which its Safer Brand 3-in-1 garden spray product is sold: "US Patent #5,093,124". Upon information and belief, U.S. Patent. No. 5,093,124 expired no later than 11/21/2009.

181. Woodstream marks the packaging in which its Perky-Pet AntGuard for Hummingbird Feeders product is sold: "U.S. Patent Nos. 4 782 662  4 890 416  5 274 950". Upon information and belief, U.S. Patent Nos. 4,782,662 and 4,890,416 expired no later than 11/9/2005, and 11/9/2005, respectively.

182. Woodstream's falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patent Nos. 5,093,124, 4,782,662 and 4,890,416. Upon information and belief, Woodstream has made many decisions to mark its falsely marked products after the expiration of U.S. Patent Nos. 5,093,124, 4,782,662 and 4,890,416, including each time it has printed or otherwise created such packaging.

183. Upon information and belief, Woodstream marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, Woodstream falsely marked its products with intent to deceive the public.

### Count 25.        4-D Design' False Marking

184. SF Tech incorporates by reference all above allegations.

185. Upon information and belief, 4-D Design makes and sells many types of products, including its Bottom of 4-D Design Clock product. 4-D Design marks the packaging in which this product is sold: "U.S.A. PATENT NO. 4858209 / INT. PATENT PENDING / © 1988 4-D DESIGN INC. MADE IN TAIWAN". This marking is also marked with a copyright date of 1988. Upon information and belief, U.S. Patent No. 4,858,209 expired no later than 8/15/2001.

186. 4-D Design' falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patent No. 4,858,209. Upon information and belief, 4-D Design has made many decisions to mark its falsely marked products after the expiration of U.S.

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

Patent No. 4,858,209, including each time it has printed or otherwise created such packaging.

187.   Upon information and belief, 4-D Design marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent.  Accordingly, 4-D Design falsely marked its products with intent to deceive the public.

### Demand For Judgment

SF Tech demands judgment against each defendant, as follows:

1.   A declaration that each defendant violated 35 U.S.C. § 292.

2.   A civil fine of $500 for each offense — half paid to the U.S., and half paid to SF Tech.

3.   Any other relief the court deems appropriate.

### Demand For Jury Trial

SF Tech demands a jury trial on all issues so triable.

Date: July 8, 2010

Mount & Stoelker, P.C.,
/s/ Dan Fingerman
Counsel for San Francisco Technology Inc.

Z:\CLIENTS\F CLIENTS\FALSE003\Attorney_Notes\Drafts\Complaint False003.doc

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000