| | |
|---|---|
| 1 | Kathryn G. Spelman, Esq. (SBN 154512) |
| | kspelman@mount.com |
| 2 | Daniel H. Fingerman, Esq. (SBN 229683) |
| | dfingerman@mount.com |
| 3 | Mount & Stoelker, P.C. |
| | RiverPark Tower, Suite 1650 |
| 4 | 333 West San Carlos Street |
| | San Jose, CA 95110-2740 |
| 5 | Telephone: (408) 279-7000 |
| | Fax: (408) 998-1473 |
| 6 | Attorneys for Plaintiff |
| | SAN FRANCISCO TECHNOLOGY INC. |
| 7 | |
| 8 | Theodore Remaklus, Esq. (*Pro Hac Vice*) |
| | tremaklus@whepatent.com |
| 9 | Wood, Herron & Evans, LLP |
| | 441 Vine Street |
| 10 | 2700 Carew Tower |
| | Cincinnati, Ohio 45202 |
| 11 | Telephone: (513) 241-2324 |
| | Facsimile: 513-421-7269 |
| 12 | Attorneys for Plaintiff |
| | KRACO ENTERPRISES LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY INC., | Case No. CV10-02994-JF |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER SEVERING DEFENDANT KRACO ENTERPRISES LLC |
| AERO PRODUCTS INTERNATIONAL INC.; BP LUBRICANTS USA INC.; BRK BRANDS INC.; CALICO BRANDS INC.; COOPER LIGHTING LLC; DAREX LLC; DEXAS INTERNATIONAL LTD.; DYNA-GRO NUTRITION SOLUTIONS; FISKARS BRANDS INC.; GLOBAL CONCEPTS INC.; HOMAX PRODUCTS INC.; KIMBERLY-CLARK CORPORATION; KRACO ENTERPRISES LLC; LIXIT CORPORATION; MEAD WESTVACO CORPORATION; NUTRITION 21 INC.; OATEY CO.; OPTIMUM TECHNOLOGIES INC.; NEWELL RUBBERMAID INC.; SCHICK MANUFACTURING INC.; THE SCOTTS COMPANY LLC; STERLING INTERNATIONAL INC.; VITAMIN POWER INCORPORATED; WOODSTREAM CORPORATION; 4-D DESIGN INC., | The Honorable Jeremy Fogel<br>Complaint Filed: July 8, 2010 |
| Defendants. | |

[PROPOSED] OREDER SEVERING DEFENDANT KRACO ENTERPRISES LLC   CASE NO. CV10-02994-JF

1  Having considered the Joint Stipulation to Sever Defendant Kraco Enterprises LLC:

2  IT IS HEREBY ORDERED THAT: Defendant Kraco Enterprises be severed from this case. The Clerk shall open a new case number for *San Francisco Technology Inc. v. Kraco Enterprises LLC* and file a copy of the complaint and this stipulation in that new case.

Dated: 9/28/10                                BY: _____
                                                  Hon. Jeremy Fogel

[PROPOSED] OREDER SEVERING DEFENDANT KRACO ENTERPRISES LLC   CASE NO. CV10-02994-JF

2