1  Scott Wales (State Bar No. 179804)
   scott.wales@hoganlovells.com
2  Sarah M. Jalali (State Bar No.244971)
   sarah.jalali@hoganlovells.com
3  Hogan Lovells US LLP
   4 Embarcadero Center, 22nd Floor
4  San Francisco, California  9411
   Telephone:     (415) 374-2300
5  Facsimile:      (415) 374-2499

6  Theodore Remaklus (*Pro Hac Vice*)
   tremaklus@whepatent.com
7  Wood, Herron & Evans, L.L.P.
   441 Vine Street
8  2700 Carew Tower
   Cincinnati, Ohio 45202
9  Telephone:  (513) 241-2324
   Facsimile:   (513) 421-7269
10
   Attorneys for Defendant
11 KRACO ENTERPRISES LLC

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward J. Davila*

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14 | SAN FRANCISCO TECHNOLOGY INC.,          | Case No. CV10-02994-EJD

15 |                Plaintiff,                | **[PROPOSED] ORDER GRANTING DEFENDANT KRACO ENTERPRISES LLC'S MOTION TO SHORTEN THE TIME FOR HEARING ON MOTION TO STAY DISCOVERY**
                    vs.
16 | AERO PRODUCTS INTERNATIONAL INC., ET AL.,

17 |                Defendants.

18 | Judge:          Hon. Edward J. Davila
    | Previous Date: October 21, 2011
19 | New Date:      June  7, 2011
    | Time:          10:00 am
20 | Courtroom:     Courtroom 1, 5th Floor

21

22

23

24

25

26

27

28

1   This matter comes before the Court on Defendant Kraco Enterprises LLC's ("Kraco")
2   Motion to Shorten the Time for Hearing on Motion to Stay Discovery.  Having considered the
3   Motion, the Opposition thereto, the Reply Brief, the pleadings on file in the present action, and on
4   proof being made to the satisfaction of the Court:
5   **IT IS HEREBY ORDERED THAT** Kraco's Motion to Shorten the Time for Hearing on
6   the Motion to Stay Discovery is GRANTED.   The hearing on Kraco's Motion to Stay Discovery
7   Pending a Ruling on the Motion to Dismiss shall be heard at **10:00 a.m. on June 7, 2011**
8   in Courtroom 1, 5th Floor, United States District Court, 280 N. 1st Street, San Jose, CA 95113.
    Any opposition to the Motion shall be filed by May 31, 2011, with copies delivered to the
9   Chambers of Judge Edward J. Davila per Civil Local Rule 5-1(b).
    **IT IS SO ORDERED.**
10
11  Dated:  May 17, 2011                                      _____
                                                              Hon. Edward J. Davila
12                                                            United States District Judge

- 2 -

[PROPOSED] ORDER GRANTING KRACO'S
MOTION TO SHORTEN TIME
CASE NO. 11 CV-00355-EJD