Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Benjamin R. Lemke, Esq. (Cal. Bar No. 271706)
Mount, Spelman & Fingerman, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email: kspelman@mount.com; dfingerman@mount.com;
          blemke@mount.com

Counsel for San Francisco Technology Inc.



7/12/2011

United States District Court
Northern District of California, San Jose Division

| San Francisco Technology Inc. | Case No. 5:11-cv-00355-EJD-PSG |
|---|---|
| Plaintiff | **Stipulation for Dismissal of Kraco Enterprises LLC** |
| vs. | |
| Kraco Enterprises LLC | |
| Defendant | |

Relator San Francisco Technology, Inc. and Defendant Kraco Enterprises LLC, pursuant to Fed. R. Civ. P. 41(a), stipulate to the dismissal of all claims asserted in this action with prejudice, with each party to bear its own costs, expenses and attorneys fees.  The Clerk shall close this file.

| Date: July 5, 2011 | Mount, Spelman & Fingerman, P.C. |
|---|---|
| | /s/ Benjamin R. Lemke |
| | Counsel for San Francisco Technology Inc. |
| Date: July 5, 2011 | Wood Herron & Evans LLP |
| | /s/ Theodore R. Remaklus |
| | Counsel for Kraco Enterprises LLC |

As the attorney electronically filing this document, I attest that each above signatory has concurred in this filing.

| Date: July 11, 2011 | Mount, Spelman & Fingerman, P.C. |
|---|---|
| | /s/ Benjamin R. Lemke |
| | Counsel for San Francisco Technology Inc. |